

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00327-CV

**DEFENSE RESOURCE SERVICES, LLC,**

**Appellant**

**v.**

**FIRST NATIONAL BANK OF CENTRAL TEXAS,**

**Appellee**

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2013-3668-4**

## ORDER ON REHEARING

Appellant's motion for rehearing to reinstate appeal is granted. The Court's memorandum opinion and judgment, dated January 15, 2015, are withdrawn, and this appeal is reinstated.

By our ruling, we should not be understood as condoning the actions and delay caused by appellant's counsel's failure to comply with the rules of appellate procedure. Counsel should and will be expected to timely file appellant's brief and comply with all other appellate deadlines.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed January 29, 2015

